Lionel Z. Glancy (SBN134180)
Kevin F. Ruf (SBN 136901)
Elizabeth M. Gonsiorowski (SBN 268926)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff*
*Craig Ritchie*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG RITCHIE, individually and on behalf of all others similarly situated, | Case No. CIV12-01190 LHK |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| COMCAST CORPORATION, | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Craig Ritchie hereby dismisses, with prejudice, his complaint and all claims against defendant Comcast Corporation in the above-captioned case.

Dated: August 3, 2012          GLANCY BINKOW & GOLDBERG LLP

By: *[signature]*
Elizabeth Gonsiorowski (SBN 268926)

Lionel Z. Glancy (SBN 134180)
Kevin F. Ruf (SBN 136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:      info@glancylaw.com

*Attorneys for Plaintiff*
*Craig Ritchie*

Dated: August 2, 2012          DRINKER BIDDLE & REATH LLP

By: *[signature]*
Michael J. Stortz (SBN 139386)

50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
COMCAST CORPORATION

1 | Of Counsel

2 | Seamus C. Duffy
Michael W. McTigue Jr.
3 | Michael P. Daly
DRINKER BIDDLE & REATH LLP
4 | One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
5 | Telephone: (215) 988-2700
Facsimile: (215) 988-2757

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY ELECTRONIC POSTING
TO THE NORTHERN DISTRICT OF CALIFORNIA COURT'S ECF WEBSITE
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 3, 2012, I caused to be served the following documents:

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2012, at Los Angeles, California.

*s/ Kevin F. Ruf*
Kevin F. Ruf

# Mailing Information for a Case 5:12-cv-01190-LHK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Seamus C. Duffy**
  Seamus.Duffy@dbr.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Elizabeth Mary Gonsiorowski**
  egonsiorowski@glancylaw.com

- **Michael W. McTigue , Jr**
  mmctigue@dbr.com

- **Kevin Francis Ruf**
  info@glancylaw.com,egonsiorowski@glancylaw.com,kevinruf@gmail.com,cturner@glancylaw.com

- **Michael James Stortz**
  mjstortz@dbr.com,ryan.miller@dbr.com,alldrila@dbr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)